UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
MARTA HANYZKIEWICZ, on behalf of herself and
all others similarly situated,

                        Plaintiff,

Civil Action No: 1:22-cv-4214

-v.-
LEMON TREE DEVELOPMENT, LLC

                        Defendants.
----------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 29, 2023

| **For Plaintiff Marta Hanyzkiewicz** | **For Defendant Lemon Tree Development, LLC** |
|---|---|
| *s/ Mark Rozenberg*<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>mrozenberg@steinsakslegal.com | *s/Bruce E. Baldinger*<br>Bruce E. Baldinger<br>The Law Office of Bruce E Baldinger, LLC<br>365 South Street<br>Morristown, NJ 07960<br>Ph: 908-218-0060<br>bbaldinger@baldingerlaw.com |

## CERTIFICATE OF SERVICE

I certify that on March 29, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ Mark Rozenberg</u><br>
Mark Rozenberg<br>
**Stein Saks, PLLC**<br>
*Attorneys for Plaintiff*